| United States Bankruptcy Court<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Burkhart Roentgen International, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-3370182** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5201 - 8th Avenue South**<br>**Saint Petersburg, FL**<br>ZIP Code **33707** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Pinellas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Burkhart Roentgen International, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:    **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)      (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____<br>
         (Name of landlord that obtained judgment)

         _____<br>
         (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Burkhart Roentgen International, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Sheila D. Norman
Signature of Attorney for Debtor(s)

 Sheila D. Norman 849642
Printed Name of Attorney for Debtor(s)

 Norman and Bullington, P.A.
Firm Name

 1905 W. Kennedy Boulevard
 Tampa, FL 33606

_____
Address

 **Email: sheila@normanandbullington.com**
 813-251-6666
Telephone Number

 May 19, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ George Burkhart
Signature of Authorized Individual

 George Burkhart
Printed Name of Authorized Individual

 President
Title of Authorized Individual

 May 19, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re  **Burkhart Roentgen International, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Barrier Technologies<br>3017 Greene Street<br>Hollywood, FL 33020 | Barrier Technologies<br>3017 Greene Street<br>Hollywood, FL 33020 | | | 3,354.00 |
| Bio Cybernetics<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071 | Bio Cybernetics<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071 | | | 36,668.98 |
| Department of Revenue<br>State of Florida<br>5050 Tennessee Street<br>Tallahassee, FL 32399 | Department of Revenue<br>State of Florida<br>5050 Tennessee Street<br>Tallahassee, FL 32399 | unemployment | | 5,273.87 |
| Dept. of Financial Services<br>Div. of Workers' Compensatio<br>PO Box 7900<br>Tallahassee, FL 32314 | Dept. of Financial Services<br>Div. of Workers' Compensatio<br>PO Box 7900<br>Tallahassee, FL 32314 | workman's<br>compensation<br>penalty | | 30,588.00 |
| DHL Express<br>PO Box 277290<br>Atlanta, GA 30384 | DHL Express<br>PO Box 277290<br>Atlanta, GA 30384 | | | 4,068.27 |
| Ellen Howard<br>436 16th Avenue NE<br>Saint Petersburg, FL 33704 | Ellen Howard<br>436 16th Avenue NE<br>Saint Petersburg, FL 33704 | | | 133,460.53 |
| Enterprise Florida<br>390 North Orange Ave<br>Suite 1300<br>Orlando, FL 32801 | Enterprise Florida<br>390 North Orange Ave<br>Suite 1300<br>Orlando, FL 32801 | | | 13,834.00 |
| Fay Burkhart<br>1001 Starkey Road Lot 720<br>Largo, FL 33771 | Fay Burkhart<br>1001 Starkey Road Lot 720<br>Largo, FL 33771 | | | 4,800.00 |
| Fed Ex<br>PO Box 94515<br>Palatine, IL 60094 | Fed Ex<br>PO Box 94515<br>Palatine, IL 60094 | | | 5,148.41 |
| First National Bank<br>PO Box 130<br>Scottsboro, AL 35768 | First National Bank<br>PO Box 130<br>Scottsboro, AL 35768 | | | 14,709.15 |
| George Burkhart<br>436 16th Avenue NE<br>Saint Petersburg, FL 33704 | George Burkhart<br>436 16th Avenue NE<br>Saint Petersburg, FL 33704 | shareholder loans | | 758,170.70 |

In re  **Burkhart Roentgen International, Inc.**                Case No. _____

                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Huaren<br>Room 2-205<br>Xizhirmen North Street No.<br>45 Beijing, P.R. 100044** | **Huaren<br>Room 2-205<br>Xizhirmen North Street No.** | | | 4,270.00 |
| **Internal Revenue Service<br>9450 Koger Blvd., Ste. 206<br>Saint Petersburg, FL 33702** | **Internal Revenue Service<br>9450 Koger Blvd., Ste. 206<br>Saint Petersburg, FL 33702** | payroll taxes | | 56,000.00 |
| **Kimberly Manzella<br>4045 Greystone Drive<br>Clermont, FL 34711** | **Kimberly Manzella<br>4045 Greystone Drive<br>Clermont, FL 34711** | | | 3,300.00 |
| **LeMaitre Vascular<br>63 Second Avenue<br>Burlington, MA 01803** | **LeMaitre Vascular<br>63 Second Avenue<br>Burlington, MA 01803** | | | 5,838.00 |
| **Maquet, Inc.<br>1140 Routa 22 EAst Ste. 202<br>Bridgewater, NJ 08807** | **Maquet, Inc.<br>1140 Routa 22 EAst Ste. 202<br>Bridgewater, NJ 08807** | | | 13,540.82 |
| **Ondal Industries<br>Wellastrasse 2-4<br>36088 Hunfeld<br>Germany** | **Ondal Industries<br>Wellastrasse 2-4<br>36088 Hunfeld** | | | 4,928.30 |
| **Richard Burkhart<br>826 Indian Beach Drive<br>Sarasota, FL 34234** | **Richard Burkhart<br>826 Indian Beach Drive<br>Sarasota, FL 34234** | share holder loan | | 1,778,927.06 |
| **The Kennedy Company<br>First National Bank<br>PO Box 130<br>Scottsboro, AL 35768** | **The Kennedy Company<br>First National Bank<br>PO Box 130<br>Scottsboro, AL 35768** | | | 14,709.00 |
| **UPS<br>PO Box 79755<br>Baltimore, MD 21279** | **UPS<br>PO Box 79755<br>Baltimore, MD 21279** | | | 4,981.27 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 19, 2010**  _____      Signature    **/s/ George Burkhart**

                                                      **George Burkhart<br>President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Burkhart Roentgen International, Inc.**                                        ,      Case No. _____

                                                              Debtor

                                                                                        Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 8 | 126,869.30 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 45,782.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 91,861.87 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 2,832,548.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| | | Total Assets | 126,869.30 | | |
| | | Total Liabilities | | 2,970,192.82 | |

# United States Bankruptcy Court
## Middle District of Florida

In re     **Burkhart Roentgen International, Inc.**

Case No. _____

_____,
                                        Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re　**Burkhart Roentgen International, Inc.**　　　　　　　　　　,　　Case No. _____

　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE A - REAL PROPERTY

　　Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

　　**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

　　If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) | |
| | Total > | **0.00** | | |
| | (Report also on Summary of Schedules) | | | |

　**0**　continuation sheets attached to the Schedule of Real Property

In re **Burkhart Roentgen International, Inc.** Case No. _____

_____,

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account located at Wachovia Bank | - | 0.00 |
| | | checking account located at Chase Bank | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > 0.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

In re     **Burkhart Roentgen International, Inc.**            ,     Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | accounts receivables - face value $24,820.09 | - | 24,820.09 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                         Sub-Total >       **24,820.09**
                                         (Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

In re   **Burkhart Roentgen International, Inc.**                ,    Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | customer list | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 typewritter stands, 6 computers, 14 filing cabinets, 4 desks, conference table with 5 chairs, desk with cabinet and chair, metal cabinet, book shelf rod iron, 4 small book shelves, 3 staplers, 2 desks with credenzas, 3 desks in back, long desk, 21 metal shelves, 6 folding tables, 29 chairs, copier, laser printer, Lexmark printer, fax machine, Brother HL5250 DN, 8 telephones on system, Xerox copy machine | - | 3,930.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Pallet Jack, Forklift, air compressor, generator, air powered rivit/snap machine, clocker machine, wet/dry vacuum, 3 binders with lights, 6 single needle sewing machines, electric cutting knife, large cutting table, 2 large packing tables, 8 large wooden tables, 4 rolling tables, 3 metal rolling carts, air compressor typewriter, surger table, time clock, refrigerator, 3 microwaves, stove, coffee maker, clothing iron, craftsman tool chest, 16 speed drill press, band saw, miscellaneous tools, coke machine, hot water heater | - | 20,275.00 |
| 30. Inventory. | | see attached list | - | 77,844.21 |
| 31. Animals. | X | | | |
| | | | Sub-Total > (Total of this page) | 102,049.21 |

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re     **Burkhart Roentgen International, Inc.**         ,       Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **126,869.30** |

Sheet   __3__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

## Parts/Supplies:

| | |
|---|---|
| Heidelberg Lamp Parts(2 Boxes) | $50.00 |
| Dr. Mach Mod. 130 Parts (1 Box) | $50.00 |
| Trigen Flex Lamp Parts | $50.00 |
| Electrical Connectors | $100.00 |
| Clamshell Caps (2 Boxes) | $300.00 |
| Sterilizable Handles | $200.00 |
| Misc. Used Parts | $150.00 |
| For Mod. 460 | |
| Table to Floor Shield | |
| 13 - Counter Balance Arms | $3250.00 |
| Used Horizon Arms | $1330.00 |
| Light Stand Adapters | $600.00 |
| Misc. Acrylic (20 Pieces) | $1000.00 |
| Misc. New Transformers(12) | $1500.00 |
| 5- 2 Arm Racks | $475.00 |
| 1- 1 Arm Rack | $80.00 |
| Model # 417 (18) | $1710.00 |
| 11- Calipers | $1925.00 |
| 111- Cardboard Spacers | $22.00 |
| 259 – Small Boxes | $323.75 |
| 264 – Large Boxes | $792.00 |
| 25 – X-Large Boxes | $87.50 |
| 2 – White Boards | $10.00 |
| 1 – Easel | $20.00 |
| 1 – Paper Tape Dispenser | $1.00 |
| 2 – Hand Trucks | $50.00 |
| 21 – Metal Dies for Clicker | $50.00 |
| 2 – Rolls 5/8" Foam | $60.00 |
| 1 – Popcorn Dispenser | $75.00 |
| 6500 – Labels | $1.00 |
| 8 – Pallets of Scrap Lead | $1200.00 |
| 3 – Fabric/Lead Rollers | $225.00 |
| 24 – I.Q.A. | $9600.00 |

| | |
|---|---|
| 29 – Adult Stethoscope and Blood Pressure Kits | $1450.00 |
| 197 – Stethoscopes | $3940.00 |
| 88 – DeRoyal Light Covers | $1760.00 |
| 12 – Aneroidsphygmomanometer | $480.00 |
| 21 – Full Rolls of Fabric | $2100.00 |
| 8 – ½ Rolls | $400.00 |
| 10 – ¼ Rolls | $80.00 |
| 30 – Rolls 1" Ribbon Binding | $475.20 |
| 147 – ¾" Binding | $1905.12 |
| 117 – 1 ½" Binding | $3032.64 |
| 30 – Rolls of Velcro | $30.00 |
| 27 – Rolls of Webbing | $54.00 |
| 4 – Rolls of Elastic | $32.00 |
| 15 – Spools of Thread | $180.00 |
| 325 – Plastic Buckles | $26.00 |
| 61 – Rolls of Bias Binding | $122.00 |
| 3 – Boxes of Pod Covers | $20.00 |
| 40 – Stabilizer Bars | $5000.00 |
| 4- Ladders | $500.00 |
| 4 – Used X-Ray View Boxes | $200.00 |
| 400 – Film Hangers | $800.00 |
| 50 – Decubitias Pads | $250.00 |
| 50 – Used X-Ray Cassettes | $50.00 |
| 20 – Grid Storage Cabinets | $2500.00 |
| 12 – Mobile Lens & Thyroid Covers | $600.00 |
| 59 – Coated Decubitias Pads | $1475.00 |
| 1 – Eyeglass Display Cabinet | $2.00 |
| 10 – X-Ray Grids | $1000.00 |
| 1 – X-Ray Automatic Film Processor | $4500.00 |
| 1 – Amsco Light | $500.00 |
| 3 – Light Stands | $225.00 |
| 37 – Mobile Light Stands | $50.00 |
| 8 – Hardware for Upright Chest Aprons | $800.00 |

| Item | Price |
|---|---|
| Misc. Dies | $50.00 |
| 8 – Plastic Crates | $400.00 |
| 5 – Single Apron Racks | $625.00 |
| Misc. Lens and Thyroid Parts | $250.00 |
| 25 – Weak Wall Support Arms | $1125.00 |
| 2 – Chemical Stirrers | $4.00 |
| 1 – Table to Floor Shield | $1000.00 |
| Misc. Light Bulbs | $50.00 |
| 3 – Cranial Angulators | $450.00 |
| 1 – Box of Black Plastic Caps | $25.00 |
| 18 – Cassette Covers | $280.00 |
| 10 – Disposable Light Covers | $20.00 |
| 1 – Slip Ring for Surgical Light | $300.00 |
| 1 – New X-Ray Illuminator | $125.00 |
| 30 – Mobile Light Stands | $3750.00 |
| 1 – Used Surgical Light Head | $400.00 |
| 8 – Glove Racks | $240.00 |
| 1 – Cold Light Source | $200.00 |
| 2 – X-Ray Film Projectors | $600.00 |
| 7 – Film Carrying Cases Light Proof | $525.00 |
| 13 – Wooden Apron Racks | $260.00 |
| 2 – Mobile Exam Lights | $500.00 |
| 1 – Mammography Illuminator | $500.00 |
| 1 – Motorized X-Ray Viewer | $1500.00 |
| 1 – Radiologist Viewing Wall | $1000.00 |
| 500- Cassettes | $500.00 |
| Various Carry Bags/Luggage | $100.00 |
| 1000 – Expired X-Ray Film | $500.00 |
| X-Ray Film Markers | $300.00 |
| 20 - Plastic Letter Holder Boxes | $20.00 |
| 223 – Bottles Never Fog | $223.00 |
| 4 – Film Cases | $120.00 |
| 7 - Mastoid Wedge | $665.00 |
| 30 - Adaptation Goggles | $600.00 |
| 100 – Professional Spectacle | $100.00 |

| | |
|---|---|
| Glasses Holders | |
| 20 – Eye Glass Cases | $10.00 |
| Illuminated Magnifier | $30.00 |
| 264 – Safety Goggles | $2640.00 |
| 3 - Dark Room Safety Light | $150.00 |
| 48 – Non Slip Gloves | $48.00 |
| 60 – Misc. Surgical Light Bulbs | $600.00 |
| 20 – Leaded Glasses | $400.00 |
| 100 – Needle Holders | $100.00 |
| **Total:** | **$77,844.21** |

In re   **Burkhart Roentgen International, Inc.**             Case No. _____

                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | UCC -1 | | | | | |
| **Global Swift Funding, LLC** **809 Bowsprit Road** **Chula Vista, CA 91914** | X | - | **see attached list** | | | | | |
| | | | Value $         **77,844.21** | | | | **45,782.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal (Total of this page) | **45,782.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **45,782.00** | **0.00** |

In re **Burkhart Roentgen International, Inc.** ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

1      continuation sheets attached

In re  **Burkhart Roentgen International, Inc.** _____,  Case No. _____

                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | unemployment | | | | | | |
| **Department of Revenue State of Florida 5050 Tennessee Street Tallahassee, FL 32399** | | - | | | | | 5,273.87 | 0.00 | 5,273.87 |
| Account No. | | | workman's compensation penalty | | | | | | |
| **Dept. of Financial Services Div. of Workers' Compensatio PO Box 7900 Tallahassee, FL 32314** | | - | | | | | 30,588.00 | 0.00 | 30,588.00 |
| Account No. | | | payroll taxes | | | | | | |
| **Internal Revenue Service 9450 Koger Blvd., Ste. 206 Saint Petersburg, FL 33702** | | - | | | | | 56,000.00 | 0.00 | 56,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 91,861.87 | 0.00 |
| | | 91,861.87 |
| Total (Report on Summary of Schedules) | 91,861.87 | 0.00 |
| | | 91,861.87 |

In re **Burkhart Roentgen International, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **American Cord & Webbing Co**<br>**88 Century Drive**<br>**Woonsocket, RI 02895** | - | | | | | | 1,160.00 |
| Account No. | | | | | | | |
| **Atlanta Thread**<br>**695 Red Oak Road**<br>**Stockbridge, GA 30281** | - | | | | | | 455.18 |
| Account No. | | | | | | | |
| **Barrier Technologies**<br>**3017 Greene Street**<br>**Hollywood, FL 33020** | - | | | | | | 3,354.00 |
| Account No. | | | | | | | |
| **Bio Cybernetics**<br>**333 South Hope Street**<br>**35th Floor**<br>**Los Angeles, CA 90071** | - | | | | | | 36,668.98 |
| __8__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 41,638.16 |

In re **Burkhart Roentgen International, Inc.**                      Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bright House Business Soluti** <br> **PO Box 30765** <br> **Tampa, FL 33630** | - | | | | | | 336.96 |
| Account No. <br><br> **Brightwater Irrigation** <br> **11298 62nd Street** <br> **Pinellas Park, FL 33782** | - | | | | | | 150.00 |
| Account No. <br><br> **Castle** <br> **PO Box 12383** <br> **Durham, NC 27709** | - | | | | | | 275.00 |
| Account No. <br><br> **Cerva Logistics** <br> **8130 Anderson Road** <br> **Tampa, FL 33634** | - | | | | | | 309.87 |
| Account No. <br><br> **Commercial Maid** <br> **21931 US Hwy 19 N** <br> **Clearwater, FL 33765** | - | | | | | | 470.80 |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal <br> (Total of this page)        **1,542.63**

In re __Burkhart Roentgen International, Inc._____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **DHL Express** PO Box 277290 Atlanta, GA 30384 | - | | | | | | | 4,068.27 |
| Account No. **Ellen Howard** 436 16th Avenue NE Saint Petersburg, FL 33704 | - | | | | | | | 133,460.53 |
| Account No. **Enterprise Florida** 390 North Orange Ave Suite 1300 Orlando, FL 32801 | - | | | | | | | 13,834.00 |
| Account No. **Fay Burkhart** 1001 Starkey Road Lot 720 Largo, FL 33771 | - | | | | | | | 4,800.00 |
| Account No. **Fed Ex** PO Box 94515 Palatine, IL 60094 | - | | | | | | | 5,148.41 |

Sheet no. __2___ of __8___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **161,311.21**

In re  **Burkhart Roentgen International, Inc.**                          ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| First National Bank PO Box 130 Scottsboro, AL 35768 | - | | | | | | 14,709.15 |
| Account No. | | | shareholder loans | | | | |
| George Burkhart 436 16th Avenue NE Saint Petersburg, FL 33704 | - | | | | | | 758,170.70 |
| Account No. | | | | | | | |
| Halmark Emblems 2401 Tampa Street Tampa, FL 33602 | - | | | | | | 1,150.00 |
| Account No. | | | | | | | |
| Huaren Room 2-205 Xizhirmen North Street No. 45 Beijing, P.R. 100044 | - | | | | | | 4,270.00 |
| Account No. | | | | | | | |
| Hughes Exterminators PO Box 263008 Tampa, FL 33685 | - | | | | | | 133.75 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    778,433.60

In re **Burkhart Roentgen International, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Impex GLS, Inc. 753 Port America Place Suite 207 Grapevine, TX 76051 | - | | | | | | 674.00 |
| Account No. | | | | | | | |
| Jacobi & Case, PC 300 Bic Drive Milford, CT 06460 | - | | | | | | 856.25 |
| Account No. | | | | | | | |
| Joseph Raicsics - V 10399 67th Avenue N. Apart. 124 Seminole, FL 33772 | - | | | | | | 2,293.21 |
| Account No. | | | | | | | |
| JPI America, Inc. 52 Newtown Plaza Plainview, NY 11803 | - | | | | | | 1,000.00 |
| Account No. | | | | | | | |
| Kelida Medical Equipment c/o Royal Bank of Canada 5010 Kingsway Burnaby BC V5H 4L4 Canada | - | | | | | | 1,590.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 6,413.46

In re  **Burkhart Roentgen International, Inc.** ,  Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Kimberly Manzella** **4045 Greystone Drive** **Clermont, FL 34711** | | - | | | | | | 3,300.00 |
| Account No. | | | | | | | | |
| **LeMaitre Vascular** **63 Second Avenue** **Burlington, MA 01803** | | - | | | | | | 5,838.00 |
| Account No. | | | | | | | | |
| **Ma Nanfang** **Beijing Kelida Company** **F606 Zizhu Garden No. 88** **Zizuyuan Road Haidian** **Beijing China** | | - | | | | | | 1,590.00 |
| Account No. | | | | | | | | |
| **Maquet, Inc.** **1140 Routa 22 EAst Ste. 202** **Bridgewater, NJ 08807** | | - | | | | | | 13,540.82 |
| Account No. | | | | | | | | |
| **Ondal Industries** **Wellastrasse 2-4** **36088 Hunfeld** **Germany** | | - | | | | | | 4,928.30 |

Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **29,197.12**

In re  **Burkhart Roentgen International, Inc.** ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Perry Johnson Registrars, In**<br>**26555 Evergreen**<br>**Ste. 1340**<br>**Southfield, MI 48076** | - | | | | | | 690.00 |
| Account No. | | | | | | | |
| **Philip White**<br>**5703 Ashen Avenue**<br>**New Port Richey, FL 34652** | - | | | | | | 448.95 |
| Account No. | | | | | | | |
| **Phillips Safety Products, In**<br>**123 Lincoln Blvd.**<br>**Middlesex, NJ 08846** | - | | | | | | 390.00 |
| Account No. | | | | | | | |
| **Protech**<br>**10415 Riverside Drive**<br>**Palm Beach Gardens, FL 33410** | - | | | | | | 107.55 |
| Account No. | | | | | | | |
| **Pulse Medical, Inc.**<br>**4131 SW 47 Avenue**<br>**Ste. 1404**<br>**Fort Lauderdale, FL 33314** | - | | | | | | 2,574.78 |

| | | |
|---|---|---|
| Sheet no. __6__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 4,211.28 |

In re **Burkhart Roentgen International, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | share holder loan | | | | |
| Richard Burkhart 826 Indian Beach Drive Sarasota, FL 34234 | - | | | | | | | | 1,778,927.06 |
| Account No. | | | | | | | | | |
| Robin Longo 1519 Appleton Place Wesley Chapel, FL 33543 | - | | | | | | | | 675.00 |
| Account No. | | | | | | | | | |
| Sprint PO Box 660092 Dallas, TX 75266 | - | | | | | | | | 673.39 |
| Account No. | | | | | | | | | |
| Staples PO Box 689182 Des Moines, IA 50368 | - | | | | | | | | 2,892.50 |
| Account No. | | | | | | | | | |
| The CIT Group PO Box 1036 Charlotte, NC 28201 | - | | | | | | | | 2,496.47 |

Sheet no. __7__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **1,785,664.42**

In re  **Burkhart Roentgen International, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **The Cit Group/ Commercial Sv** **134 Wooding Avenue** **Danville, VA 24541** | - | | | | | | 2,971.45 |
| Account No. | | | | | | | |
| **The Kennedy Company** **First National Bank** **PO Box 130** **Scottsboro, AL 35768** | - | | | | | | 14,709.00 |
| Account No. | | | | | | | |
| **Top Value** **PO Box 2050** **Carmel, IN 46082** | - | | | | | | 1,475.35 |
| Account No. | | | | | | | |
| **UPS** **PO Box 79755** **Baltimore, MD 21279** | - | | | | | | 4,981.27 |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 24,137.07 |
| Total (Report on Summary of Schedules) | 2,832,548.95 |

In re    **Burkhart Roentgen International, Inc.**         ,    Case No. _____

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Richard Burkhart**<br>**826 Indian Beach Drive**<br>**Sarasota, FL 34234** | **commercial property** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Burkhart Roentgen International, Inc.**   ,   Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Richard Burkhart**<br>**826 Indian Beach Drive**<br>**Sarasota, FL 34234** | **Global Swift Funding, LLC**<br>**809 Bowspirit Road**<br>**Chula Vista, CA 91914** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida

In re    **Burkhart Roentgen International, Inc.**         Case No.

                                       Debtor(s)        Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **25**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 19, 2010**                         Signature     **/s/ George Burkhart**

                                                          **George Burkhart**
                                                      **President**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Burkhart Roentgen International, Inc.**                  Case No.

                                                 Debtor(s)           Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$178,976.26** | **2010 YTD: Business Income** |
| **$551,340.78** | **2009: Business Income** |
| **$594,915.09** | **2008: Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                 AMOUNT                SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

    a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☐

    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **see attached list** | | **$0.00** | **$0.00** |

None ■

    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Bio Cybernetics International, vs. Burkhart Roentgen International, Inc., Case No.  CV-06-06655** | | **United States District Court, Central District of California** | **Pending** |
| **The CIT Group/Commercial Services, Inc. vs. Burkhart Roentgen International, Inc., Case No. 2009-000389-SC-045** | | **in the County Court of the 6th Judicial Circuit in and for Pinellas County, Florida** | **Judgment entered 5/29/2009** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

**None**
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

**None**
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

**None**
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

**None**
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

**None**
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Norman and Bullington, P.A.** **1905 W. Kennedy Boulevard** **Tampa, FL 33606** | | **$2,500.00** |

### 10. Other transfers

None ■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **SunTrust Bank** | **checking - balance negative 990.00** | **3/2009** |

### 12. Safe deposit boxes

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☐
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Internal Revenue Service** | **3/11/2010** | **2,689.13** |
| **9450 Koger Blvd., Ste. 206** | | |
| **Saint Petersburg, FL 33702** | | |

---

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER      DESCRIPTION AND VALUE OF PROPERTY      LOCATION OF PROPERTY

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS      NAME USED      DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Around the Clock Services, Inc.** | **April 2009 to present** |
| **Dorothy Husbaum** | **October 2007 to April 2009** |

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **US Immigration & Custom Enforcement** | **2203 N. Lois Avenue, Suite 600**<br>**Tampa, FL 33607** |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS        DATE ISSUED

---

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY       INVENTORY SUPERVISOR      DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY       NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS       NATURE OF INTEREST       PERCENTAGE OF INTEREST

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Richard Burkhart**<br>**826 Indian Beach Drive**<br>**Sarasota, FL 34234** | **Chairman** | **60%** |
| **George Burkhart**<br>**436 16th Avenue NE**<br>**Saint Petersburg, FL 33704** | **President** | **40%** |

---

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME       ADDRESS       DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS       TITLE       DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **May 19, 2010**  Signature **/s/ George Burkhart**
**George Burkhart**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# Burkhart Roentgen International, Inc.
## Account QuickReport
### As of May 18, 2010

**1105 · Wachovia 2009**

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 02/18/2010 | 1921 | Around The Clock Ser | | 6520 · Accounting | 5,519.41 |
| Check | 02/18/2010 | 1922 | Payroll Account | GLORIA WHEELING | 57000 · Cost of Sales-Salaries and Wag | -143.78 |
| Check | 02/18/2010 | 1923 | Payroll Account | JOSE CACERES | 57000 · Cost of Sales-Salaries and Wag | -180.39 |
| Check | 02/18/2010 | 1924 | Payroll Account | STACY BARNES | 57000 · Cost of Sales-Salaries and Wag | -126.99 |
| Check | 02/18/2010 | 1925 | Payroll Account | JENNIFER KEPPLE | 57000 · Cost of Sales-Salaries and Wag | -495.65 |
| Check | 02/18/2010 | 1926 | Payroll Account | VOID; | 57000 · Cost of Sales-Salaries and Wag | 0.00 |
| Check | 02/18/2010 | 1927 | Payroll Account | WILLIE TAYLOR | 57000 · Cost of Sales-Salaries and Wag | -300.17 |
| Check | 02/18/2010 | 1928 | Payroll Account | JOE RACISICS | 57000 · Cost of Sales-Salaries and Wag | -349.02 |
| Check | 02/18/2010 | 1929 | George D. Burkhart-V | | 6110 · Salaries | -266.00 |
| Check | 02/18/2010 | | T-Mobile | | 6540 · Travel Expense | -162.11 |
| Check | 02/18/2010 | | George D. Burkhart-V | | 6152 · Cell Phone | -200.00 |
| Debit | 02/18/2010 | | American Express Mer | | 6540 · Travel Expense | -4.85 |
| Debit | 02/19/2010 | | Citgo | | 6461 · Credit Card Fees | -20.00 |
| Debit | 02/19/2010 | | Chevron | | 6200 · Automotive Expense- Fuel | -38.59 |
| Debit | 02/19/2010 | | George | | 6200 · Automotive Expense- Fuel | -300.00 |
| Bill Pmt -Check | 02/22/2010 | 1930 | George D. Burkhart-V | | 2300 · Accounts Payable | -96.55 |
| Bill Pmt -Check | 02/22/2010 | | | | 2300 · Accounts Payable | -7.99 |
| Check | 02/22/2010 | | Walgreens | | 8450 · Office Supplies | -10.35 |
| Debit | 02/22/2010 | | FedEx Kinkos | | 5165 · Freight Out- Finished Goods | -14.50 |
| Debit | 02/22/2010 | | Walgreens | | 6490 · Office Supplies | -16.00 |
| Debit | 02/22/2010 | | Blockbuster | | 6105 · Advertising | -23.50 |
| Check | 02/22/2010 | | All Florida Orthopedic | | 6101 · Officer's Medical | -40.00 |
| Check | 02/22/2010 | | Hiroa Tokyo Steak | | 6545 · Travel Expense - Meals | -7.49 |
| Debit | 02/22/2010 | | A Able Locksmith | | 6280 · Repairs & Maintenance | -20.69 |
| Check | 02/22/2010 | | Frida's Cafe | | 6545 · Travel Expense - Meals | -35.18 |
| Check | 02/22/2010 | | Exxon | | 6200 · Automotive Expense- Fuel | -297.00 |
| Check | 02/22/2010 | | Grelis On Site | | 6420 · Equipment Repairs | -27.78 |
| Debit | 02/24/2010 | | Walgreens | | 6490 · Office Supplies | -10.84 |
| Debit | 02/24/2010 | | FedEx Kinkos | | 5165 · Freight Out- Finished Goods | -522.05 |
| Debit | 02/25/2010 | 1931 | Around The Clock Ser | | 6520 · Accounting | -183.72 |
| Check | 02/25/2010 | 1932 | Payroll Account | connie ellor | 6110 · Salaries | -147.00 |
| Check | 02/25/2010 | 1933 | Payroll Account | jose cacares | 57000 · Cost of Sales-Salaries and Wag | 0.00 |
| Check | 02/25/2010 | 1934 | Payroll Account | VOID; | 57000 · Cost of Sales-Salaries and Wag | -298.35 |
| Check | 02/25/2010 | 1935 | Payroll Account | gloria wheeling | 57000 · Cost of Sales-Salaries and Wag | -232.72 |
| Check | 02/25/2010 | 1936 | Payroll Account | stacy barnes | 57000 · Cost of Sales-Salaries and Wag | -242.25 |
| Check | 02/25/2010 | 1937 | Payroll Account | willie taylor | 57000 · Cost of Sales-Salaries and Wag | 0.00 |
| Check | 02/25/2010 | 1938 | Payroll Account | VOID; | 57000 · Cost of Sales-Salaries and Wag | -597.83 |
| Check | 02/25/2010 | 1939 | Payroll Account | joseph racsics | 57000 · Cost of Sales-Salaries and Wag | 42.00 |
| Deposit | 02/25/2010 | | Deposit | | 12000 · Undeposited Funds | -14.00 |
| Check | 02/25/2010 | Debit | FedEx Kinkos | | 5165 · Freight Out- Finished Goods | -14.84 |
| Check | 02/25/2010 | Debit | Wendy's | | 6545 · Travel Expense - Meals | -22.53 |
| Check | 02/25/2010 | Debit | FedEx Kinkos | 1843-05520 | 5165 · Freight Out- Finished Goods | -269.28 |
| Check | 02/25/2010 | Debit | Huber Textiles Inc | -SPLIT- | | -8.09 |
| Check | 02/26/2010 | Debit | Panera Bread | | 6545 · Travel Expense - Meals | |

# Burkhart Roentgen International, Inc.
## Account QuickReport
### As of May 18, 2010

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 02/26/2010 | | | Service Charge | 6460 · Bank Charges & Fees | -323.11 |
| Check | 03/04/2010 | 1948 | George D. Burkhart-V | | 2855 · Shareholder Loans-G.Burkhart09 | -1,300.00 |
| Check | 03/04/2010 | 1940 | Payroll Account | carrie eller | 6110 · Salaries | -316.57 |
| Check | 03/04/2010 | 1941 | Payroll Account | gloria wheeling | 57000 · Cost of Sales-Salaries and Wag | -319.18 |
| Check | 03/04/2010 | 1942 | Payroll Account | stacy burnes | 57000 · Cost of Sales-Salaries and Wag | -301.40 |
| Check | 03/04/2010 | 1943 | Payroll Account | jeri keppile | 57000 · Cost of Sales-Salaries and Wag | -432.70 |
| Check | 03/04/2010 | 1354 | Payroll Account | jeni decesaro | 57000 · Cost of Sales-Salaries and Wag | -215.33 |
| Check | 03/04/2010 | 1944 | Payroll Account | jeoe decesaro | 57000 · Cost of Sales-Salaries and Wag | -366.57 |
| Check | 03/04/2010 | 1945 | Payroll Account | willis taylor | 57000 · Cost of Sales-Salaries and Wag | -473.59 |
| Check | 03/04/2010 | 1946 | Around The Clock Ser | | 6320 · Accounting | -420.00 |
| Check | 03/04/2010 | 1947 | George D. Burkhart-V | | 57000 · Cost of Sales-Salaries and Wag | -320.00 |
| Check | 03/04/2010 | 1949 | Richard Burkhart | | 6550 · Trade Shows & Conventions | -347.00 |
| Check | 03/04/2010 | 1950 | Robin Longo | trs 147 | 4700 · Monograms | -38.50 |
| Check | 03/04/2010 | 1951 | Milody Rosenberg | lights | 8380 · Repairs & Maintenance | -81.00 |
| Check | 03/04/2010 | 1952 | City of Gulfport | | 6105 · Licenses & Fees-001 | -259.04 |
| Check | 03/04/2010 | 1953 | City of Gulfport | 11331000 | 6140 · Utility - Water/Sewer | -210.00 |
| Check | 03/04/2010 | 1954 | Around The Clock Law | lawn care-valerie & jr | 8380 · Repairs & Maintenance | -106.73 |
| Check | 03/04/2010 | 1855 | Around The Clock Ser | | 6490 · Postage & Mailing | -180.00 |
| Check | 03/04/2010 | 1855 | Mech Demersin | | 8380 · Repairs & Maintenance | -210.00 |
| Check | 03/04/2010 | 1857 | Around The Clock Law | | 6320 · Repairs & Maintenance | +26.00 |
| Check | 03/05/2010 | 1858 | Tri-State Lighting | | 1130 · Accounts Receivable | -310.00 |
| Check | 03/08/2010 | 1959 | Around The Clock Law | | 6360 · Repairs & Maintenance | -255.00 |
| Check | 03/08/2010 | 1959 | George D. Burkhart-V | | 6550 · Trade Shows & Conventions | -6,013.75 |
| Bill Pmt -Check | 03/08/2010 | 1959 | Bar Ray 2000 | | 2000 · Accounts Payable | -499.57 |
| Bill Pmt -Check | 03/08/2010 | Wire Transf | | | 2300 · Accounts Payable | -246.88 |
| Bill Pmt -Check | 03/08/2010 | Debit | Brookwood-V | | 2300 · Accounts Payable | -250.00 |
| Bill Pmt -Check | 03/09/2010 | Debit | Baby Ribbon Mills | 0911 | 2732 · Notes Payable- Fay Burkhart09 | -1,200.00 |
| Check | 03/09/2010 | 1950 | Faye | | 5200 · Purchases | -266.65 |
| Check | 03/12/2010 | 1981 | Nicholas Mfg. | | 6110 · Salaries | -303.12 |
| Check | 03/12/2010 | 1982 | Payroll Account | Jennifer Kepple | 57000 · Cost of Sales-Salaries and Wag | -212.10 |
| Check | 03/12/2010 | 1983 | Payroll Account | gloria wheeling | 57000 · Cost of Sales-Salaries and Wag | -102.65 |
| Check | 03/12/2010 | 1984 | Payroll Account | stacy burnes | 57000 · Cost of Sales-Salaries and Wag | -238.69 |
| Check | 03/12/2010 | 1985 | Payroll Account | jje nxocsao | 57000 · Cost of Sales-Salaries and Wag | -310.68 |
| Check | 03/11/2010 | 1956 | Payroll Account | willie mae taylor | 6110 · Salaries | -217.13 |
| Check | 03/11/2010 | 1957 | Payroll Account | | 57000 · Cost of Sales-Salaries and Wag | -599.27 |
| Check | 03/11/2010 | 1988 | George D. Burkhart-V | | 6110 · Salaries | |
| Check | 03/11/2010 | 1989 | George D. Burkhart-V | | 2855 · Shareholder Loans-G.Burkhart09 | -1,300.00 |
| Check | 03/12/2010 | 1984 | George D. Burkhart-V | Wazovuna | 6315 · FICA/Medicare Company | -3,281.37 |
| Check | 03/12/2010 | 1970 | George D. Burkhart-V | 941 tax, VOID: | 5001 · Cost of Goods Sold | 0.00 |
| Check | 03/12/2010 | 1971 | George D. Burkhart-V | | 6201 · Automotive Expense- Fuel | -2,926.28 |
| Check | 03/12/2010 | 1972 | George D. Burkhart-V | | -SPLIT- | -246.09 |
| Check | 03/17/2010 | 1973 | Brookwood-V | | 6130 · Utilities- Electric | -275.20 |
| Check | 03/16/2010 | 1974 | Progress Energy0009 | 74981-91191 | 2865 · Shareholder Loans-G.Burkhart09 | -1,200.00 |
| Check | 03/16/2010 | 1983 | George D. Burkhart-V | carrie eller | 8110 · Salaries | -293.06 |
| Check | 03/18/2010 | 1975 | Payroll Account | | 57000 · Cost of Sales-Salaries and Wag | -217.09 |
| Check | 03/19/2010 | 1976 | Payroll Account | gloria wheeling | 57000 · Cost of Sales-Salaries and Wag | -257.09 |
| Check | 03/19/2010 | 1977 | Payroll Account | jose | 57000 · Cost of Sales-Salaries and Wag | -211.78 |

# Burkhart Roentgen International, Inc.
## Account QuickReport
### As of May 18, 2010

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Check | 03/19/2010 | 1978 | Payroll Account | stacy burns | 57000 · Cost of Sales-Salaries and Wag | -220.33 |
| Check | 03/19/2010 | 1979 | Payroll Account | willie mae taylor | 57000 · Cost of Sales-Salaries and Wag | -303.73 |
| Check | 03/19/2010 | 1980 | Payroll Account | joe nacisca | 57000 · Cost of Sales-Salaries and Wag | -295.33 |
| Check | 03/19/2010 | 1981 | Payroll Account | jennifer kepple | 57000 · Cost of Sales-Salaries and Wag | -355.38 |
| Bill Pmt -Check | 03/19/2010 | 1982 | Around The Clock Ser | | Purchases-AP? | -574.97 |
| Bill Pmt -Check | 03/22/2010 | 1985 | Richard Burkhat | | 2800 · Share Holder Loan-Richard E. | 0.00 |
| Check | 03/22/2010 | 1986 | YRC | VOID: | 5165 · Freight Out- Finished Goods | 0.00 |
| Check | 03/19/2010 | 1987 | | | 6520 · Accounting | -551.69 |
| Check | 03/26/2010 | 1988 | Around The Clock Ser | connie eller | 57000 · Cost of Sales-Salaries and Wag | -314.92 |
| Check | 03/26/2010 | 1989 | Payroll Account | gloria wheeling | 57000 · Cost of Sales-Salaries and Wag | -254.52 |
| Check | 03/29/2010 | 1990 | Payroll Account | jose | 57000 · Cost of Sales-Salaries and Wag | -261.51 |
| Check | 03/26/2010 | 1991 | Payroll Account | stacy burns | 57000 · Cost of Sales-Salaries and Wag | -219.28 |
| Check | 03/26/2010 | 1992 | Payroll Account | willie mae taylor | 57000 · Cost of Sales-Salaries and Wag | -358.86 |
| Check | 03/26/2010 | 1993 | Payroll Account | joseph razeszick | 57000 · Cost of Sales-Salaries and Wag | -427.67 |
| Check | 03/26/2010 | 1994 | Payroll Account | jen kepple | 57000 · Cost of Sales-Salaries and Wag | -354.70 |
| Check | 03/29/2010 | 1895 | Noticias Mfg. | | 5000 · Purchases | -400.00 |
| Check | 03/29/2010 | 1896 | | | 61000 · Auto Expenses | 0.00 |
| Check | 03/29/2010 | 1997 | | VOID: | 61000 · Auto Expenses | 0.00 |
| Check | 03/29/2010 | 1998 | Feye | | 5165 · Freight Out- Finished Goods | -698.07 |
| Check | 03/09/2010 | 1999 | George D. Burkhart-V | | 2722 · Notes Payable - Fay Burkhart09 | -400.00 |
| Check | 03/09/2010 | 2000 | T. Mobile | | 2300 · Accounts Payable | -409.00 |
| Bill Pmt -Check | 04/02/2010 | Debit | | | 57000 · Cost of Sales-Salaries and Wag | -285.92 |
| Check | 04/02/2010 | 2001 | Payroll Account | connie eller | 57000 · Cost of Sales-Salaries and Wag | -306.80 |
| Check | 04/02/2010 | 2002 | Payroll Account | stacy burns | 57000 · Cost of Sales-Salaries and Wag | -248.84 |
| Check | 04/02/2010 | 2003 | Payroll Account | gloria wheeling | 57000 · Cost of Sales-Salaries and Wag | -256.10 |
| Check | 04/02/2010 | 2004 | Payroll Account | jose cacares | 57000 · Cost of Sales-Salaries and Wag | -317.53 |
| Check | 04/02/2010 | 2005 | Payroll Account | willie mae taylor | 57000 · Cost of Sales-Salaries and Wag | -306.78 |
| Check | 04/02/2010 | 2006 | Payroll Account | jkm -400.00 cash was given | 57000 · Cost of Sales-Salaries and Wag | -6.24 |
| Check | 04/02/2010 | 2007 | Around The Clock Ser | | 57000 · Cost of Sales-Salaries and Wag | -524.69 |
| Check | 04/05/2010 | 2008 | Hagerty Insurance | | 2300 · Accounts Payable | -251.00 |
| Check | 04/05/2010 | 2009 | George D. Burkhart-V | | 5600 · Purchases | -320.00 |
| Check | 04/06/2010 | 2010 | Around The Clock Law | | 6350 · Repairs & Maintenance | -133.00 |
| Check | 04/09/2010 | 2011 | Payroll Account | | 6520 · Accounting | -530.55 |
| Check | 04/09/2010 | 2012 | Payroll Account | gloria wheeling | 57000 · Cost of Sales-Salaries and Wag | -355.10 |
| Check | 04/09/2010 | 2013 | Payroll Account | jose Cacares | 57000 · Cost of Sales-Salaries and Wag | -355.71 |
| Check | 04/09/2010 | 2014 | Payroll Account | stacy burns | 57000 · Cost of Sales-Salaries and Wag | -272.30 |
| Check | 04/09/2010 | 2015 | Payroll Account | Joseph Raicsics | 57000 · Cost of Sales-Salaries and Wag | -195.20 |
| Check | 04/05/2010 | 2016 | Payroll Account | willie mae taylor | 57000 · Cost of Sales-Salaries and Wag | -248.22 |
| Check | 04/05/2010 | 2017 | | VOID: | 57000 · Cost of Sales-Salaries and Wag | -310.29 |
| Check | 04/09/2010 | 2018 | Mon Demofski | | Uncategorized Expenses | 0.00 |
| Check | 04/09/2010 | 2019 | Payroll Account | Jennifer kepple | 6380 · Repairs & Maintenance | -180.00 |
| Check | 04/09/2010 | 2020 | | VOID: | 57000 · Cost of Sales-Salaries and Wag | -369.27 |
| Check | 04/09/2010 | 2021 | | | *Uncategorized Expenses | 0.00 |
| Check | 04/14/2010 | 2022 | Morton Plant-V | | 6540 · Travel Expense | -500.00 |
| Check | | 2855 | George D. Burkhart-V | | 2855 · Shareholder Loans-GBurkhart09 | -1,200.00 |

# Burkhart Roentgen International, Inc.
## Account QuickReport
### As of May 18, 2010

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Check | 04/15/2010 | 2023 | Payroll Account | Connie eller | 6110 · Salaries | -154.78 |
| Check | 04/15/2010 | 2024 | Payroll Account | gloria wheeling | 6110 · Salaries | -303.84 |
| Check | 04/15/2010 | 2025 | Payroll Account | jennifer kepple | 57000 · Cost of Sales-Salaries and Wag | -218.69 |
| Check | 04/15/2010 | 2026 | Payroll Account | jose caceres | 57000 · Cost of Sales-Salaries and Wag | -354.46 |
| Check | 04/15/2010 | 2027 | Payroll Account | | 57000 · Cost of Sales-Salaries and Wag | -322.14 |
| Check | 04/15/2010 | 2028 | Payroll Account | joseph francisa | 6110 · Salaries | -427.92 |
| Check | 04/15/2010 | 2029 | Payroll Account | stacy burnes | 6110 · Salaries | -110.81 |
| Check | 04/15/2010 | 2030 | Payroll Account | willie mae taylor | 57000 · Cost of Sales-Salaries and Wag | -347.54 |
| Check | 04/16/2010 | 2031 | Around The Clock Ser | | 6520 · Accounting | -594.01 |
| Check | 04/16/2010 | 2032 | Progress Energy2009 | 74951-91191 | 6130 · Utilities- Electric | -405.84 |
| Check | 04/22/2010 | 2033 | Around The Clock Ser | | 6520 · Accounting | -594.01 |
| Check | 04/22/2010 | 2034 | Payroll Account | cathy hayes | 6110 · Salaries | 315.95 |
| Check | 04/22/2010 | 2035 | Around The Clock Ser | | 6520 · Accounting | 821.24 |
| Check | 04/22/2010 | 2036 | Payroll Account | connie eller | 6110 · Salaries | -110.25 |
| Check | 04/22/2010 | 2037 | Payroll Account | gloria wheeling | 57000 · Cost of Sales-Salaries and Wag | -314.57 |
| Check | 04/22/2010 | 2038 | Payroll Account | jennifer kepple | 57000 · Cost of Sales-Salaries and Wag | -366.51 |
| Check | 04/22/2010 | 2039 | Payroll Account | jose caceres | 57000 · Cost of Sales-Salaries and Wag | -336.31 |
| Check | 04/22/2010 | 2040 | | VOID: | "Uncategorized Expenses | 0.00 |
| Check | 04/22/2010 | 2041 | Payroll Account | willie mae taylor | 57000 · Cost of Sales-Salaries and Wag | -372.34 |
| Check | 04/22/2010 | 2042 | George D. Burkhart-V | apron in26s | 5000 · Purchases | -1,600.00 |
| Check | 04/22/2010 | 2043 | Jose Caceres | | 6540 · Travel Expense | -156.32 |
| Check | 04/22/2010 | 2044 | | VOID: | "Uncategorized Expenses: | 0.00 |
| Check | 04/22/2010 | 2045 | Petty Cash | to bring balnce current with chase | 1104-20 · Chase Bank | -200.00 |
| Check | 04/25/2010 | 2046 | Around The Clock Ser | used computer | 1120 · Equipment-001 | -100.00 |
| Check | 04/29/2010 | 2047 | Petty Cash | nichrsan manufacturing | 5000 · Purchases | -333.08 |
| Check | 04/29/2010 | 2048 | Payroll Account | jose caceres | 57000 · Cost of Sales-Salaried and Wag | -141.78 |
| Check | 04/29/2010 | 2049 | Payroll Account | stacy burnes | 6520 · Accounting | -502.09 |
| Check | 04/29/2010 | 2050 | Around The Clock Ser | | 6520 · Accounting | -114.57 |
| Check | 04/29/2010 | 2051 | Payroll Account | gloria wheeling | 57000 · Cost of Sales-Salaries and Wag | -151.85 |
| Check | 04/29/2010 | 2052 | Payroll Account | jennifer kepple | 57000 · Cost of Sales-Salaries and Wag | -120.88 |
| Check | 04/29/2010 | 2053 | Payroll Account | Cathy Hayes | 57000 · Cost of Sales-Salaries and Wag | -1.36 |
| Check | 04/29/2010 | 2054 | Payroll Account | willie mae taylor | 57000 · Cost of Sales-Salaries and Wag | -52.20 |
| Check | 04/29/2010 | 2055 | Payroll Account | joseph racinecl | 51100 · Cost of Sales-Salaries and Wag | 0.00 |
| Check | 04/29/2010 | 2056 | | VOID: | 2300 · Accounts Payable | -537.00 |
| Bill Pmt -Check | 04/30/2010 | 2059 | Orlsed Radiation Solutions | | 2800 · Share Holder Loan-Richard B. | -1,143.00 |
| Check | 04/30/2010 | 2057 | Richard Burkhart | | "Uncategorized Expenses | 0.00 |
| Check | 04/30/2010 | 2058 | | VOID: | "Uncategorized Expenses | 0.00 |
| Check | 04/30/2010 | 2059 | George D. Burkhart-V | | 2955 · Sllareholder Loans-G.Burkhart09 | -1,300.00 |
| Check | 04/30/2010 | 2060 | Nickollas Mfg | | 5000 · Purchases | -200.00 |
| Check | 04/30/2010 | 2061 | George D. Burkhart-V | | 6200 · Automotive Expense- Fuel | -116.00 |
| Check | 04/30/2010 | 2062 | | | "Uncategorized Expenses | 0.00 |
| Check | 04/30/2010 | 2063 | Mich Demersth | VOID: | 6350 · Repairs & Maintenance | -160.00 |
| Check | 05/03/2010 | 2064 | Richard Burkhart | | 2800 · Share Holder Loan-Richard B. | -700.00 |
| Check | 05/03/2010 | 2065 | Around The Clock Ser | | 6520 · Accounting | -488.29 |
| Check | 05/04/2010 | 2066 | | | "Uncategorized Expenses | 0.00 |
| Check | 05/04/2010 | 2067 | Payroll Account | jose caceres | 57020 · Cost of Sales-Salaries and Wag | -78.95 |

## Burkhart Roentgen International, Inc.
## Account QuickReport
### As of May 18, 2010

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Bill Pmt -Check | 05/05/2010 | 2059 | City of Gulfport | 11331000 | 2300 · Accounts Payable | -218.61 |
| Check | 05/07/2010 | 2058 | Payroll Account | | 6110 · Salaries | -127.32 |
| Check | 05/07/2010 | 2070 | Payroll Account | | 57000 · Cost of Sales-Salaries and Wag | -358.37 |
| Check | 05/07/2010 | 2071 | Payroll Account | | 6110 · Salaries | 264.99 |
| Check | 05/07/2010 | 2072 | Payroll Account | gloria wheeling | 57000 · Cost of Sales-Salaries and Wag | -303.47 |
| Check | 05/07/2010 | 2073 | Payroll Account | STACY BURNES | 57000 · Cost of Sales-Salaries and Wag | -272.73 |
| Check | 05/07/2010 | 2074 | Payroll Account | WALLIE MAE TAYLOE | 57000 · Cost of Sales-Salaries and Wag | -372.34 |
| Check | 05/07/2010 | 2075 | H & R Block | | 6530 · Accounting | -120.00 |
| Check | 05/10/2010 | 2076 | Petty Cash | | -SPLIT- | -600.00 |
| Check | 05/10/2010 | 2077 | Alcard The Clock Ser | | 6520 · Accounting | -503.44 |
| Check | 05/12/2010 | 2078 | Payroll Account | CATHY HAYES | 6110 · Salaries | -328.73 |
| Check | 05/12/2010 | 2079 | Payroll Account | GLORIA WHEELING | 57000 · Cost of Sales-Salaries and Wag | -172.58 |
| Check | 05/12/2010 | 2080 | Payroll Account | JOSE CACERES | 57000 · Cost of Sales-Salaries and Wag | -193.63 |
| Check | 05/12/2010 | 2081 | | VOID: | "Uncategorized Expenses" | 0.00 |
| Check | 05/12/2010 | 2082 | Payroll Account | | 57000 · Cost of Sales-Salaries and Wag | -218.59 |
| Check | 05/12/2010 | 2083 | Payroll Account | | 57000 · Cost of Sales-Salaries and Wag | -247.51 |
| Check | 05/12/2010 | 2084 | Payroll Account | JENNY KEPPLE | 57000 · Cost of Sales-Salaries and Wag | -370.75 |
| Bill Pmt -Check | 05/14/2010 | 2085 | Joseph Ratcliss-V | | 2300 · Accounts Payable | -124.45 |

Total 1105 · Wachovia 2009

| | | | | | | -68,375.27 |
|--|--|--|--|--|--|-----------|

**TOTAL**

| | | | | | | -68,375.27 |
|--|--|--|--|--|--|-----------|

# United States Bankruptcy Court
## Middle District of Florida

In re    **Burkhart Roentgen International, Inc.**     ,    Case No. _____

                             Debtor

Chapter               **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **George Burkhart**<br>**436 16th Avenue NE**<br>**Saint Petersburg, FL 33704** | **Common** | **40%** | |
| **Richard Burkhart**<br>**826 Indian Beach Drive**<br>**Sarasota, FL 34234** | **Common** | **60%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**May 19, 2010**_____     Signature **/s/ George Burkhart**_____

                                       **George Burkhart**<br>                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re    **Burkhart Roentgen International, Inc.**          Case No. _____

                                            Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 19, 2010**                        **/s/ George Burkhart**

                                                  **George Burkhart**/**President**
                                                  Signer/Title

Burkhart Roentgen International, Inc.
5201 - 8th Avenue South
Saint Petersburg, FL 33707

Cerva Logistics
8130 Anderson Road
Tampa, FL 33634

First National Bank
PO Box 130
Scottsboro, AL 35768

Sheila D. Norman
Norman and Bullington, P.A.
1905 W. Kennedy Boulevard
Tampa, FL 33606

Commercial Maid
21931 US Hwy 19 N
Clearwater, FL 33765

George Burkhart
436 16th Avenue NE
Saint Petersburg, FL 33704

American Cord & Webbing Co
88 Century Drive
Woonsocket, RI 02895

Department of Revenue
State of Florida
5050 Tennessee Street
Tallahassee, FL 32399

Global Swift Funding, LLC
809 Bowsprit Road
Chula Vista, CA 91914

Atlanta Thread
695 Red Oak Road
Stockbridge, GA 30281

Dept. of Financial Services
Div. of Workers' Compensatio
PO Box 7900
Tallahassee, FL 32314

Halmark Emblems
2401 Tampa Street
Tampa, FL 33602

Barrier Technologies
3017 Greene Street
Hollywood, FL 33020

DHL Express
PO Box 277290
Atlanta, GA 30384

Huaren
Room 2-205
Xizhirmen North Street No.
45 Beijing, P.R. 100044

Bio Cybernetics
333 South Hope Street
35th Floor
Los Angeles, CA 90071

Ellen Howard
436 16th Avenue NE
Saint Petersburg, FL 33704

Hughes Exterminators
PO Box 263008
Tampa, FL 33685

Bright House Business Soluti
PO Box 30765
Tampa, FL 33630

Enterprise Florida
390 North Orange Ave
Suite 1300
Orlando, FL 32801

Impex GLS, Inc.
753 Port America Place
Suite 207
Grapevine, TX 76051

Brightwater Irrigation
11298 62nd Street
Pinellas Park, FL 33782

Fay Burkhart
1001 Starkey Road Lot 720
Largo, FL 33771

Internal Revenue Service
9450 Koger Blvd., Ste. 206
Saint Petersburg, FL 33702

Castle
PO Box 12383
Durham, NC 27709

Fed Ex
PO Box 94515
Palatine, IL 60094

Jacobi & Case, PC
300 Bic Drive
Milford, CT 06460

Joseph Raicsics - V
10399 67th Avenue N.
Apart. 124
Seminole, FL 33772

JPI America, Inc.
52 Newtown Plaza
Plainview, NY 11803

Kelida Medical Equipment
c/o Royal Bank of Canada
5010 Kingsway
Burnaby BC V5H 4L4 Canada

Kimberly Manzella
4045 Greystone Drive
Clermont, FL 34711

LeMaitre Vascular
63 Second Avenue
Burlington, MA 01803

Ma Nanfang
 Beijing Kelida Company
F606 Zizhu Garden No. 88
Zizuyuan Road Haidian
Beijing China

Maquet, Inc.
1140 Routa 22 EAst Ste. 202
Bridgewater, NJ 08807

Ondal Industries
Wellastrasse 2-4
36088 Hunfeld
Germany

Perry Johnson Registrars, In
26555 Evergreen
Ste. 1340
Southfield, MI 48076

Philip White
5703 Ashen Avenue
New Port Richey, FL 34652

Phillips Safety Products, In
123 Lincoln Blvd.
Middlesex, NJ 08846

Protech
10415 Riverside Drive
Palm Beach Gardens, FL 33410

Pulse Medical, Inc.
4131 SW 47 Avenue
Ste. 1404
Fort Lauderdale, FL 33314

Richard Burkhart
826 Indian Beach Drive
Sarasota, FL 34234

Robin Longo
1519 Appleton Place
Wesley Chapel, FL 33543

Sprint
PO Box 660092
Dallas, TX 75266

Staples
PO Box 689182
Des Moines, IA 50368

The CIT Group
PO Box 1036
Charlotte, NC 28201

The Cit Group/ Commercial Sv
134 Wooding Avenue
Danville, VA 24541

The Kennedy Company
First National Bank
PO Box 130
Scottsboro, AL 35768

Top Value
PO Box 2050
Carmel, IN 46082

UPS
PO Box 79755
Baltimore, MD 21279

# United States Bankruptcy Court
## Middle District of Florida

In re    **Burkhart Roentgen International, Inc.**          Case No.

                       Debtor(s)          Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 7,500.00 |

2.   $   **1,039.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 19, 2010**             **/s/ Sheila D. Norman**
                                            **Sheila D. Norman**
                                            **Norman and Bullington, P.A.**
                                            **1905 W. Kennedy Boulevard**
                                            **Tampa, FL 33606**
                                            **813-251-6666**
                                            **sheila@normanandbullington.com**

# United States Bankruptcy Court
## Middle District of Florida

In re    **Burkhart Roentgen International, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Burkhart Roentgen International, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■None [*Check if applicable*]

**May 19, 2010**

Date

**/s/ Sheila D. Norman**

**Sheila D. Norman**

Signature of Attorney or Litigant

Counsel for   **Burkhart Roentgen International, Inc.**

**Norman and Bullington, P.A.**

**1905 W. Kennedy Boulevard**
**Tampa, FL 33606**
**813-251-6666**
**sheila@normanandbullington.com**